

# United States District Court
## Northern District of Illinois
### Eastern Division

Linda Walker

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 6 C 914

SBC Services, Inc.

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that for the foregoing reasons, defendants SBC Services, Inc.'s motion to dismiss [23] is granted. Plaintiff's complaint is dismissed in its entirety. This is a final and appealable order.

Michael W. Dobbins, Clerk of Court

Date: 12/21/2006

/s/ Tresa S. Abraham, Deputy Clerk